

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Jeffrey S. Thomason**
Acting Chief Probation and Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 31, 2021

See attached list of counsel

    Re:    *Kevin Montano v. Premier Warehousing Ventures LLC et al.*
             5:12-CV-01969 CAS (AGRx)

Dear Counsel:

    I have been contacted by Judge Snyder who presided over the above-mentioned case, which is now closed.

    Judge Snyder informed me that it has been recently brought to her attention that, while she presided over the case, she owned stock in Wal-Mart from February 16, 2012 through June 1, 2012. Her ownership of stock neither affected nor impacted her decisions in this case. However, the stock ownership would have required recusal under the Code of Conduct for United States Judges. Therefore, Judge Snyder directed that I notify the parties of the conflict.

    Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

    Although Advisory Opinion 71 contemplated disqualification after oral argument before a Court of Appeals, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701

*Kevin Montano v. Premier Warehousing Ventures LLC et al.*
5:12-CV-01969 CAS (DTBx)
August 31, 2021

  With Advisory Opinion 71 in mind, you are invited to respond to Judge Snyder's disclosure of a conflict in this case, including any request to reopen the case. Should you wish to respond, please submit your response by filing it on the docket on or before September 30, 2021. Any response will be considered by another judge of this District without the participation of Judge Snyder.

            Sincerely,

            *[signature]*

            Kiry K. Gray
            District Court Executive/Clerk of Court

*Kevin Montano v. Premier Warehousing Ventures LLC et al.*
5:12-CV-01969 CAS (DTBx)
August 31, 2021

List of Counsel of Record

Patricio T Barrera
Barrera and Associates
1500 Rosecrans Avenue Suite 500
Manhattan Beach, CA 90266
Email: barrera@baattorneys.com

Alisa Goukasian
Alisa Goukasian Law Offices
127 South Brand Boulevard Suite 220A
Glendale, CA 91204
Email: alisa@goukasianlaw.com

Ashley Allison Davenport
Barrera and Associates
1500 Rosecrans Avenue Suite 500
Manhattan Beach, CA 90266
Email: davenport@baattorneys.com

Brian Richard Weilbacher
Weilbacher and Weilbacher APC
5850 Thille Street Suite 200
Ventura, CA 93003
Email: brianweilbacher@weilbacherlaw.com

Jonathan Fraser Light
LightGabler LLP
760 Paseo Camarillo Suite 300
Camarillo, CA 93010
Email: jlight@lightgablerlaw.com

Christopher Louis Moriarty
Constangy Brooks and Smith LLP
15760 Ventura Boulevard Suite 1200
Encino, CA 91436
Email: CMoriarty@constangy.com

Michael S Lavenant
Constangy Brooks and Smith LLP
15760 Ventura Boulevard Suite 1200
Encino, CA 91436

Betsy Johnson
Ogletree Deakins Nash Smoak and Stewart
400 South Hope Street Suite 1200
Los Angeles, CA 90071
Email: betsy.johnson@ogletreedeakins.com

Truc T Nguyen
Ogletree Deakins Nash Smoak and Stewart PC
400 South Hope Street Suite 1200
Los Angeles, CA 90071
Email: truc.nguyen@ogletreedeakins.com

Alec R Hillbo
Ogletree Deakins Nash Smoak and Stewart PC
400 South Hope Street Suite 1200
Los Angeles, CA 90071
Email: alec.hillbo@ogletreedeakins.com

John A Van Hook
McGuire Woods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067-1501
Email: john@vanhooklawfirm.com

Matthew Charles Kane
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067
Email: mkane@mcguirewoods.com

Sabrina A Beldner
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067
Email: sbeldner@mcguirewoods.com

Dylan Ruga
Stalwart Law Group
1100 Glendon Avenue Suite 1840
Los Angeles, CA 90024
Email: dylan@stalwartlaw.com

*Kevin Montano v. Premier Warehousing Ventures LLC et al.*
5:12-CV-01969 CAS (DTBx)
August 31, 2021

Mark A. Neubauer
Carlton Fields LLP
North Tower
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Email: mneubauer@carltonfields.com

Aaron James Lockwood
Greenberg Traurig LLP
2375 East Camelback Road Suite 700
Phoenix, AZ 85016
602-445-8421
Fax: 602-445-8100
Email: lockwooda@gtlaw.com

Lawrence Allen Katz
Steptoe and Johnson LLP
201 East Washington Street Suite 1600
Phoenix, AZ 85004
Email: lkatz@steptoe.com

Mark E Freeze
Steptoe and Johnson LLP
201 East Washington Street Suite 1600
Phoenix, AZ 85004-2382
Email: mfreeze@steptoe.com

Steven D Wheeless
Steptoe and Johnson LLP
201 East Washington Street Suite 1600
Phoenix, AZ 85004
Email: swheeless@steptoe.com